878

Nos. 654 and 655.   DELLAR v. SAMUEL GOLDWYN, INC.
ET AL.   May 13, 1946.   327 U. S. 790.

No. 514, October Term, 1944.   ROBINSON v. UNITED
STATES.   May 13, 1946.   The motion for leave to file a
third petition for rehearing is denied.   MR. JUSTICE BUR-
TON took no part in the consideration or decision of this
application.   325 U. S. 895.

No. 340.   GRASSO v. LORENTZEN, DIRECTOR.   May 13,
1946.   The motion for leave to file a petition for rehearing
out of time is granted, and the petition is denied.   MR.
JUSTICE BURTON took no part in the consideration or
decision of these applications.   326 U. S. 743.

No. 114, Misc.   McMAHAN v. BENNETT, DIRECTOR,
BUREAU OF PRISONS.   May 20, 1946.   327 U. S. 770.

No. 365.   SEAS SHIPPING Co., INC. v. SIERACKI.   May
20, 1946.   328 U. S. 101.

No. 883.   KNIGHT v. OHIO.   May 20, 1946.   327 U. S.
808.

No. 893.   SHAVER v. FIDELITY BANKERS TRUST Co.,
TRUSTEE.   May 20, 1946.   327 U. S. 809.

No. 967.   AUTOCAR SALES & SERVICE Co. v. LEONARD ET
AL., TRUSTEES.   May 20, 1946.   327 U. S. 804.